## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, DISTRICT )
COUNCIL TRAINING CENTER FUND, )
AND  BRICKLAYERS AND STONE )
MASONS OF ILLINOIS DISTRICT COUN- )     1:10CV7642
CIL NO. 1 B.A.C. ANNUITY TRUST FUND, )
                                     )     **Judge Marovich**
                      Plaintiffs, )
            v.                       )     **Magistrate Judge Mason**
                                     )
MILWAUKEE MARBLE & GRANITE CO., )
INC., a Wisconsin Corporation, )
                                     )
                      Defendant. )

## MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION, AND FOR ENTRY OF JUDGMENT

NOW COME the Plaintiffs and moves this Honorable Court to vacate Order of

Dismissal entered on March 30, 2011, a copy of which is attached hereto as Plaintiffs'

Exhibit "A", and to reinstate Plaintiffs' cause of action instanter, and for entry of judgment

against the Defendant.

In support of Plaintiffs' Motion, Plaintiffs state as follows:

1)      That pursuant to Settlement Agreement and Agreed Order of Dismissal,

executed by the parties, a copy of which is attached hereto as Plaintiffs' Exhibit "B", the

parties agreed to a dismissal of the pending action.

2)      That notwithstanding the provisions of the Settlement Agreement, speci-

fically paragraph 1 thereof, the Defendant has failed to remit payments for the months of

May and June 2011.

WHEREFORE, in accordance with the provisions of the Settlement Agreement, Exhibit "B", Plaintiffs pray that the Order of Dismissal be vacated instanter, Plaintiffs' cause of action be reinstated, and that judgment enter in favor of Plaintiffs and against the Defendant in the amount of $50,182.76, as and for the outstanding delinquencies and accrued interest calculated pursuant to the Judgment Order, which amount does not include the current delinquencies claimed due, if any.

That Plaintiffs also pray that judgment enter for Plaintiffs' attorneys' fees and costs incurred as a result of the Defendant's non-compliance with the provisions of the parties' Settlement Agreement.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558


Dated: June 20, 2011